GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for SATICOY BAY LLC SERIES
6425 EXTREME SHEAR

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 6425 EXTREME SHEAR; DOE INDIVIDUALS I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01790<br><br>**ORDER**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

SATICOY BAY LLC SERIES 6425 EXTREME SHEAR and PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE hereby stipulate and agree as follows:

1. SATICOY BAY LLC SERIES 6425 EXTREME SHEAR filed its Motion to Dismiss on July 31, 2017 [ECF No. 8].

2. PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE filed its Opposition to Saticoy Bay LLC Series 6425 Extreme Shear's Motion to Dismiss on August 14, 2017 [ECF No. 12].

3. SATICOY BAY LLC SERIES 6425 EXTREME SHEAR's Reply in Support of Motion to Dismiss is due August 21, 2017.

IT IS HEREBY STIPULATED AND AGREED that SATICOY BAY LLC SERIES 6425 EXTREME SHEAR will have an additional seven (7) days to file its Reply in Support of Motion to Dismiss which will make it due August 28, 2017.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 21st day of August, 2017.

| GEISENDORF & VILKIN, PLLC | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| */s/ Charles L. Geisendorf, Esq.*<br>Charles L. Geisendorf, Esq. (6985)<br>2470 St. Rose Parkway, Suite 309<br>Henderson, Nevada 89074<br>Attorney for SATICOY BAY LLC SERIES 6425 EXTREME SHEAR | */s/ Rock K. Jung, Esq.*<br>Rock K. Jung, Esq. (10906)<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>Attorney for PROF-2013-S3 LEGAL TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, |

**ORDER**

**IT IS SO ORDERED:**

Dated: August 21, 2017.

_____
UNITED STATES DISTRICT JUDGE