| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Edgar C. Smith, Esq. |
| | Nevada Bar No. 05506 |
| 3 | Rock K. Jung, Esq. |
| | Nevada Bar No. 10906 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| | Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| | esmith@wrightlegal.net |
| 6 | rjung@wrightlegal.net |
| 7 | *Attorneys for Plaintiff,* |
| | *PROF-2013-S3 Legal Title Trust,* |
| 8 | *by U.S. Bank National Association,* |
| | *as Legal Title Trustee* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 6425 EXTREME SHEAR; BOULDER RANCH MASTER ASSOCIATION; HOMEOWNER ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:17-cv-01790-APG-CWH<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY AND AMEND CAPTION** |

COMES NOW, Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "Plaintiff" or "U.S. Bank"), by and through its attorney, ROCK K. JUNG, ESQ., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Saticoy Bay LLC Series 6425 Extreme Shear (hereinafter "Saticoy Bay" or "Defendant"), by and through its counsel of record, Charles L. Geisendorf, Esq. of the law firm of Geisendorf & Vilkin, PLLC, and Defendant Boulder Ranch Master Association (hereinafter "HOA"), by and

through its counsel of record, Steven T. Loizzi, Jr., Esq. of HOA Lawyers Group, LLC, and hereby stipulate and agree to Substitute Party and Amend Caption.

On February 14, 2018, PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE assigned the deed of trust to PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE. A true and correct copy of the Assignment of Deed of Trust recorded on February 14, 2018 as Instrument Number 20180214-0000797 is attached hereto as **Exhibit 1**.

Accordingly, the parties stipulate to substitute Plaintiff for PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE.

The parties further stipulate to Amend the Caption to reflect Plaintiff as PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE.

IT IS SO STIPULATED.

DATED this 30th day of May, 2018.

| **WRIGHT, FINLAY & ZAK, LLP** | **GEISENDORF & VILKIN, PLLC** |
|---|---|
| */s/ Rock K. Jung, Esq.* | */s/ Charles L. Geisendorf, Esq.* |
| EDGAR C. SMITH, ESQ. | CHARLES L. GEISENDORF, ESQ. |
| Nevada Bar No. 05506 | Nevada Bar No. 6985 |
| E-Mail: esmith@wrightlegal.net | E-Mail: Charles@gvattorneys.com |
| ROCK K. JUNG, ESQ. | 2470 St. Rose Parkway, Suite 309 |
| Nevada Bar No. 10906 | Las Vegas, NV 89074 |
| E-Mail: rjung@wrightlegal.net | *Attorneys For:* |
| 7785 W. Sahara Ave., Suite 200 | *Saticoy Bay LLC Series 6425 Extreme Shear* |
| Las Vegas, Nevada 89117 | |
| *Attorneys For: PROF-2013-S3 Legal Title Trust, U.S. Bank National Association, as Legal Title Trustee* | |

HOA LAWYERS GROUP, LLC

 /s/ Steven T. Loizzi, Jr., Esq.
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
E-Mail:  steve@nrs116.com
9500 W. Flamingo, Suite 204
Las Vegas, NV 89147
*Attorneys for Defendant,*
*Boulder Ranch Master Association*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 12, 2018

# Exhibit 1

# Exhibit 1

# Exhibit 1

Inst #: 20180214-0000797
Fees: $40.00
02/14/2018 09:30:39 AM
Receipt #: 3322087
Requestor:
C R HALL
Recorded By: TAH   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: MAIL
Ofc: MAIN OFFICE

I the undersigned hereby affirm that this document submitted for recording does not contain the social security number of any person or persons. (Per NRS 239B.030)

PREPARED BY & RETURN TO:
C. R. Hall
2860 Exchange Blvd. # 100
Southlake TX 76092
Parcel # 161-34-616-097

## Assignment of Deed of Trust        Send Any Notices to Assignee.

For Valuable Consideration, the undersigned, **PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE 60 Livingston Avenue, EP-MN-WS3D, St. Paul MN 55107 (Assignor)** by these presents does assign and set over, without recourse, to **PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE Structured Finance Services, 60 Livingston Avenue, EP-MN-WS3D, St. Paul MN 55107 (Assignee)** the described deed of trust with all interest, all liens, any rights due or to become due thereon, executed by **NICHOLAS KYLE ANDERSON AN UNMARRIED MAN** to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS) AS NOMINEE FOR PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC ITS SUCCESSORS AND ASSIGNS. Trustee: FIRST AMERICAN TITLE INSURANCE COMPANY   Said deed of trust **Dated: 9/29/2008** is recorded in the **State of NV, County of Clark on 10/7/2008, Instrument# 20081007-0004653 AMOUNT: $ 104,362.00** Property Address: 6425 EXTREME SHEAR AVENUE #101, HENDERSON, NV 89011

IN WITNESS WHEREOF, the undersigned entity has caused this instrument to be executed by its proper signatory. Executed on: 01/30/2018

PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE by Specialized Loan Servicing LLC its Attorney-in-Fact

By: _____

Connie M. Riggsby, Vice President

ANDERSON VDT *18005346*

NV   Clark                                             NB/AOM/USROF2017-1

State of TX, County of Tarrant
On 01/30/2018, before me, the undersigned, Connie M. Riggsby, who acknowledged that he/she is Vice President of/ by Specialized Loan Servicing LLC its Attorney-in-Fact for PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE



JANELL JUNKIN
Notary Public, State of Texas
My Commission Expires
August 19, 2019

Notary public, Janell Junkin
My commission expires: August 19, 2019

MAIL TAX BILL TO:
NICHOLAS KYLE ANDERSON AN UNMARRIED MAN Property Address: 6425 EXTREME SHEAR AVENUE #101, HENDERSON, NV 89011

*18005346*

NV   Clark

NB/AOM/USROF2017-1