WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff,*
*PROF-2013-S3 Legal Title Trust V,*
*by U.S. Bank National Association, as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>          Plaintiff,<br><br>     vs.<br><br>SATICOY BAY LLC SERIES 6425 EXTREME SHEAR; BOULDER RANCH MASTER ASSOCIATION; HOMEOWNER ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>          Defendants.<br><br>SATICOY BAY LLC SERIES 6425 EXTREME SHEAR,<br><br>          Counterclaimant,<br><br>     vs.<br><br>PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE. | Case No.:   2:17-cv-01790-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO BOULDER RANCH MASTER ASSOCIATION'S OPPOSITION TO CROSS-CLAIMANT SATICOY BAY LLC SERIES 6425 EXTREME SHEAR'S MOTION FOR SUMMARY JUDGMENT AS TO ITS CROSS-CLAIMS AGAINST BOULDER RANCH MASTER ASSOCIATIO AND BOULDER RANCH MASTER ASSOCIATION'S COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Counter-defendant.

COMES NOW, Plaintiff, PROF-2013-S3 Legal Title Trust V, by U.S. Bank National Association, as Legal Title Trustee ("Plaintiff"), and Defendant, Boulder Ranch Master Association ("HOA")., by and through undersigned and respective counsel of record, and hereby stipulate to extend the deadline for filing dispositive motions as follows:

Defendant, Boulder Ranch Master Association filed an Opposition and Countermotion for Summary Judgment (the "Motion") [ECF Nos 56 and 57]. Presently, the deadline for filing a response to the Countermotion is February 28, 2019.

IT IS HEREBY STIPULATED AND AGREED that U.S. Bank shall have an extension of one week, up to and until March 7, 2019, to file a response to the Motion in an effort to continue and finalize current settlement talks.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

This is the parties' first request for extension of the deadline to respond to the HOA's Motion. This request is not intended to cause any delay or prejudice to any party.

DATED this 28th day of February, 2019.          DATED this 28th day of February, 2019.

WRIGHT, FINLAY & ZAK, LLP                        HOA LAWYERS GROUP, LLC

*/s/ Rock K. Jung, Esq.*                         */s/ Steve T. Loizzi, Jr., Esq.*

Robert A. Riether, Esq.                          Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 12076                             Nevada Bar No. 10920
Rock K. Jung, Esq.                               9500 W. Flamingo, Suite 204
Nevada Bar No. 10906                             Las Vegas, Nevada 89147
7785 W. Sahara Ave., Suite 200                   *Attorneys for Defendant, Boulder Ranch*
Las Vegas, NV 89117                              *Master Association*
*Attorneys for Plaintiff, PROF-2013-S3 Legal*
*Title Trust V, by U.S. Bank National*
*Association, as Legal Title Trustee*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 1, 2019.