# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST V,<br><br>Plaintiff<br><br>v.<br><br>SATICOY BAY LLC SERIES 6425 EXTREME SHEAR, et al.,<br><br>Defendants | Case No.: 2:17-cv-01790-APG-DJA<br><br>**Order for Status Report** |

I ORDER the parties to file a joint status report regarding what, if anything, remains of this case by November 19, 2019. Failure to do so will result in the dismissal of this case without further notice.

DATED this 5th day of November, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE