# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PROF-2013-S3 LEGAL TITLE TRUST V,

    Plaintiff

v.

SATICOY BAY LLC SERIES 6425
EXTREME SHEAR, et al.,

    Defendants

Case No.: 2:17-cv-01790-APG-DJA

**Order for Proposed Joint Pretrial Order**

I ORDER the parties to file a proposed joint pretrial order by December 20, 2019.

DATED this 25th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE