WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff,*
*PROF-2013-S3 Legal Title Trust V,*
*by U.S. Bank National Association, as Legal Title Trustee*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 6425 EXTREME SHEAR; BOULDER RANCH MASTER ASSOCIATION; HOMEOWNER ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:17-cv-01790-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff, PROF-2013-S3 Legal Title Trust V, by U.S. Bank National Association, as Legal Title Trustee ("Plaintiff"), Defendant/Counter-Claimant/Cross-Claimant Saticoy Bay LLC Series 6425 Extreme Shear ("Saticoy Bay"); and Defendant Boulder Ranch Master Association ("Boulder Ranch"), (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

On June 17, 2019, the Court entered its Order [ECF No. 66] granting Plaintiff's Motion for Summary Judgment [ECF No. 48], denying Saticoy Bay's Motion for Summary Judgment

1  [ECF No. 49], and granting Boulder Ranch's Motion for Summary Judgment [ECF No. 57] in
2  part as to the fraudulent misrepresentation claim and as to the requested damage of maintenance
3  costs, interest, and attorney's fees for the unjust enrichment claim but denying it as to the unjust
4  enrichment claim for return of some or all of the property's purchase price.

5        Pursuant to the Order [ECF No.75] entered on November 25, 2019, the deadline for filing
6  the Joint Pretrial Order is December 20, 2019.

7        The only remaining claims in this action are Saticoy Bay's Second Cause of Action for
8  Fraudulent Concealment and Negligence against Boulder Ranch and Defendant Homeowner
9  Association Services, Inc. ("HAS"), and Third Cause of Action for Unjust Enrichment against
10 Boulder Ranch and HAS. Saticoy Bay and Boulder Ranch are in the midst of resolving the
11 remaining claims and wish to forego the expenses of preparing the Joint Pretrial Order unless
12 they determine a resolution is not possible.

13       WHEREAS, IT IS HEREBY STIPULATED AND AGREED that the deadline to file the
14 Joint Pretrial Order shall be extended by thirty days from December 20, 2019 to January 21,
15 2020.[1] This is the first stipulation for an extension of time to file the Joint Pretrial Order. The
16 extension is requested in good faith and is not for purposes of delay or prejudice to any other
17 party.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| */s/ Rock K. Jung, Esq.* | */s/ Adam R. Trippiedi, Esq.* |
| Robert A. Riether, Esq. | Michael F. Bohn, Esq. |
| Nevada Bar No. 12076 | Nevada Bar No.: 1641 |
| Rock K. Jung, Esq. | Adam R. Trippiedi, Esq. |
| Nevada Bar No. 10906 | Nevada Bar No. 12294 |
| 7785 W. Sahara Ave., Suite 200 | 2260 Corporate Circle, Suite 480 |
| Las Vegas, NV 89117 | Henderson, Nevada 89074 |
| *Attorneys for Plaintiff, PROF-2013-S3 Legal Title Trust V, by U.S. Bank National Association, as Legal Title Trustee* | *Attorneys for Saticoy Bay LLC Series 6425 Extreme Shear* |

---

[1] The parties note that January 20, 2020, is a court holiday due to Martin Luther King, Jr Day.

HOA LAWYERS GROUP, LLC

/s/ Steven T. Loizzi, Jr., Esq.
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147
*Attorneys for Defendant, Boulder Ranch Master Association*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 27, 2019